

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JDL
F.#2010R00245

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 25, 2010

By Hand

Michael Schneider, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza
16th Floor
Brooklyn, New York 11201

      Re:  United States v. Jason Cuebas
           Criminal Docket No. 10-277 (KAM)

Dear Mr. Schneider:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter.  Specifically, enclosed is a copy of the defendant's criminal history report.

                              Very truly yours,

                              BENTON J. CAMPBELL
                              United States Attorney

                      By:  /s/ Justin D. Lerer
                         Justin D. Lerer
                         Assistant United States Attorney
                         (718) 254-6124

Enclosure

cc:  Clerk of Court (KAM) (by ECF) (w/o enclosure)